IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01275-WYD-CBS

ONCE UPON A LIFETIME PRODUCTIONS, INC., a Colorado corporation,

    Plaintiff,

v.

NGM ENTERPRISES, INC., a Florida corporation; and
NICHOLAS G. MILLER, a/k/a Nick G. Miller,

    Defendants.

---

**ORDER OF REMAND**

---

    THIS MATTER having come before the Court upon Plaintiff's Motion to Remand, and the Court, having reviewed the Motion and the file, and being otherwise fully advised, finding good grounds exist, it is hereby

    ORDERED that the within action be, and hereby is, remanded to the Arapahoe County District Court.

    Dated this 26th day of September, 2008.

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            UNITED STATES DISTRICT JUDGE